UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: WALLACE, et al.,

Case No. 14-mc-80311-VC

**PRE-FILING REVIEW ORDER**

Re: Dkt. No. 1

The Court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on August 19, 2004 in *Wallace v. United States Government*, Case No. 04-1147 FMS, the Clerk is directed not to accept the complaint for filing and this case is dismissed.

**IT IS SO ORDERED**.

Dated: November 24, 2014

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: WALLACE, et al.,

Case No.  14-mc-80311-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/24/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John W. Wallace
General Delivery
San Francisco, CA 94142

Dated: 11/24/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2